UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARJORY BARKSDALE,

    Plaintiff,

v.                                                               Case No: 8:22-cv-1600-CEH-JSS

HOLIDAY CVS, LLC, CVS
PHARMACY, INC. and ACV
BUSHNOK, LLC,

    Defendants.
_____/

## ORDER

    This cause comes before the Court upon Defendants' Response to the Court's Order to Show Cause Directed to Defendants (Doc. 24).

    An October 11, 2022 order directed Defendants Holiday CVS, LLC, and CVS Pharmacy, Inc., as the removing defendants, to show cause as to why the Court should not remand this action for lack of subject matter jurisdiction as a result of their failure to establish the parties' diverse citizenship or that the amount in controversy exceeds $75,000, exclusive of interest and costs. Doc. 23 at 3–6. The response to that order indicates that although "Defendants believe[] they ha[ve] evidence available to establish diversity of citizenship of the parties, based on current information in Defendants' possession as to the amount in controversy, Defendants are not opposing Plaintiff's request to remand the case to state court." Doc. 24 at 2. Because Holiday CVS and CVS Pharmacy fail to show cause as to why the Court should not remand

this action, remand is appropriate. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

Accordingly, it is **ORDERED**:

1. This action is **REMANDED** to the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida.

2. The Clerk is directed to send a certified copy of this order to the Clerk of Court of the Twelfth Judicial Circuit, Sarasota County, Florida.

3. The Clerk is directed to terminate all pending motions and deadlines and to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 26, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any